165 P.3d 1047

# SUPREME COURT OF HAWAIʻI

State v. Cambra .................................. 26746   04/18/2007   Vacated, vacated and remanded